COMMONWEALTH *vs.* THOMAS HERTY.

On an indictment for murder, a verdict that the defendant is guilty of murder in the second degree is a general verdict.

INDICTMENT containing two counts, the first charging that the defendant did "feloniously, wilfully and of his malice aforethought kill and murder" Fanny Coulter by blows and kicks, and the second charging him with her murder by means unknown. At the trial, before *Chapman*, C. J., and *Gray*, *Colt* and *Morton*, JJ., the jury returned a verdict of "guilty of murder in the second degree." The defendant moved in arrest of judgment, on the ground that the verdict was special and did not cover the allegations of the indictment.

*G. Sennott*, for the defendant, cited *Commonwealth* v. *Call*, 21 Pick. 509; *Dyer* v. *Commonwealth*, 23 Pick. 402; *Commonwealth* v. *Dooly*, 6 Gray, 360.

*C. R. Train*, Attorney General, for the Commonwealth.

CHAPMAN, C. J. The indictment charges the prisoner with the crime of murder, in two counts, both of which are good. The

statute requires the jury to find the degree of murder, if they find the prisoner guilty. The finding in this case acquits the prisoner of murder in the first degree, by finding him guilty of murder in the second degree; and covers all the allegations. The verdict is general, and covers the charges contained in the indictment.

*Motion in arrest overruled.*